IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:02CR3106 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| STUART MELVIN PALM, | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The government's request for hearing pursuant to Federal Rule of Criminal Procedure 35(b) (filing 173) is granted.

(2) A hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 159) has been set before the undersigned United States district judge at 12:30 p.m., Tuesday, April 25, 2006, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

March 17, 2006.                BY THE COURT:

                               s/ *Richard G. Kopf*
                               United States District Judge